IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON KROMER, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Commissioner of Social Security | : | NO. 20-6489 |

### O R D E R

**AND NOW**, this 13th day of January 2022, it is hereby **ORDERED** that Plaintiff's Request for Review is **DENIED**, and judgment is entered in favor of the Defendant; the Clerk of Court is hereby directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRATE JUDGE